UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

March 2, 2015

MEMO TO COUNSEL RE: Andrew McFall v. Alfred Smithwick
Civil No. JFM-14-2676

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss and for summary judgment. The motion (document 6) is granted. I am satisfied that issues pertaining to the validity of any lease between the parties should be resolved in the state court.

My granting of the motion does not, however, dispose of the tort issues unrelated to the lease issue. Accordingly, I have enclosed a tentative scheduling order with approximate dates for your information. A conference call will be held on March 16, 2015 at 4:30 p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2015 MAR -3 AM 11:54
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY